Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 3, 2017

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CR17-190 RSL

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | INDICTMENT |
| v. | |
| RIBEIRO TRELHA GUSTAVO, a/k/a Matos Fontinele, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1
### (Access Device Fraud)

On or about April 27, 2017, in King County, within the Western District of Washington, defendant RIBEIRO TRELHA GUSTAVO knowingly, and with intent to defraud, possessed at least fifteen or more unauthorized and counterfeit access devices as defined in Title 18, United States Code, Section 1029(e), said possession affecting interstate and foreign commerce because, among other things, some of the unauthorized and counterfeit access devices related to accounts maintained by financial institutions

INDICTMENT / GUSTAVO – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

located outside Washington State, and some of those unauthorized and counterfeit access devices traveled in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNT 2
### (Access Device Fraud)

On or about April 27, 2017, in King County, within the Western District of Washington, defendant RIBEIRO TRELHA GUSTAVO knowingly and with intent to defraud, possessed, produced, trafficked in, and had custody and control of device-making equipment, specifically, a card-encoding device (also known as a "reader/writer") and two credit card "skimmers," which conduct affected interstate and foreign commerce because, among other things, the devices were used in connection with access devices related to accounts maintained by financial institutions located outside Washington State.

All in violation of Title 18, United States Code, Sections 1029(a)(4) and 2.

## ALLEGATIONS OF FORFEITURE

The allegations contained in Counts One and Two of this Indictment are realleged and incorporated herein by reference or the purpose of forfeiture pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

Upon conviction of either Count One or Two of this Indictment, RIBEIRO TRELHA GUSTAVO shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Sections 1029(a)(3) and (a)(4) or property used or intended to be used to commit and to facilitate violations of Title 18, United States Code, Sections 1029(a)(3) and (a)(4), including but not limited to the following:

a.  A sum of money representing the proceeds obtained as a result of the charged offenses.

```
 1        b.  Lenovo Laptop Computer, Serial #YD01VU2Y
 2        c.  My Passport Hard Drive, Serial #WX21A17E0L4K;
 3        d.  My Passport Ultra Hard Drive, no serial number
 4        e.  My Passport Hard Drive, Serial #WXE1A17JN0XZ
 5        f.  Three (3) SanDisk SD memory cards, no serial numbers
 6        g.  Apple iPhone 7, no serial number
 7        **Substitute Assets.**  If any of the above-described forfeitable property, as a result
 8   of any act or omission of the Defendant
 9            (1)   cannot be located upon the exercise of due diligence;
10            (2)   has been transferred or sold to, or disposed with, a third party;
11            (3)   has been placed beyond the jurisdiction of the Court;
12            (4)   has been substantially diminished in value; or
13            (5)   has been commingled with other property which cannot be
14                  subdivided without difficulty;
15
16
17   //
18   //
19   //
20   //
21   //
```

INDICTMENT / GUSTAVO – 3

1 | the United States of America shall be entitled to forfeiture of substitute property pursuant
2 | to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 8/3/2017

**Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.**

FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
JAMES D. OESTERLE
Assistant United States Attorney

_____
BENJAMIN T. DIGGS
Special Assistant United States Attorney

INDICTMENT / GUSTAVO – 4