The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIBEIRO TRELHA GUSTAVO,<br><br>Defendant. | No. CR17-190-RSL<br><br>[~~PROPOSED~~]<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture (the "Motion") for the following property:

1. One (1) Lenovo Laptop Computer, Serial #YD01VU2Y;
2. One (1) my Passport Hard Drive, Serial #WX21A17E0L4K;
3. One (1) my Passport Ultra Hard Drive, no serial number;
4. One (1) my Passport Hard Drive, Serial #WXE1A17JN0XZ;
5. Three (3) SanDisk SD memory cards, no serial numbers; and
6. One (1) Apple iPhone 7, no serial number.

The Court, having reviewed the Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

[~~Proposed~~] Final Order of Forfeiture - 1
*United States v. Gustavo*, CR17-190-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In the Plea Agreement that the Defendant, Ribeiro Trelha Gustavo, entered on September 7, 2017, he agreed to forfeit his interest in the above-listed property (Dkt. No. 22, ¶ 7);
- On December 15, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable and forfeiting the Defendant's interest in it (Dkt. No. 35);
- The United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 38) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant United States Attorney Neal Christiansen in Support of Motion for Entry of a Final Order of Forfeiture, Ex. A, ¶¶ 2–4); and
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

[Proposed] Final Order of Forfeiture - 2
United States v. Gustavo, CR17-190-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-listed property in accordance with the law.

IT IS SO ORDERED.

DATED this 29th day of May, 2018.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

_____
NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4169
E-Mail: Neal.Christiansen2@usdoj.gov

[Proposed] Final Order of Forfeiture - 3
United States v. Gustavo, CR17-190-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970